COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Earnest Taylor and Lisa Taylor d/b/a T & S Enterprises

Appellate case number:    01-19-00252-CV

Trial court case number:   81916-CV

Trial court:           23rd District Court of Brazoria County

On July 9, 2019, this Court dismissed relators Earnest Taylor and Lisa Taylor d/b/a T & S Enterprises's petition for a writ of mandamus. *See In re Taylor*, No. 01-19-00252-CV, 2019 WL 2932855 (Tex. App.—Houston [1st Dist.] July 9, 2019, orig. proceeding) (mem. op.). After we granted their motion for an extension, relators' motion for rehearing was due on August 9, 2019. *See* TEX. R. APP. P. 49.1, 49.8. Relators have filed a second motion for an extension of time. The motion is **granted.**

**Appellant's motion for rehearing is due to be filed by September 19, 2019**. No further extensions will be granted.

It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                    ☒ Acting individually   ☐ Acting for the Court

Date: __August 15, 2019__